■ CLAYTON R. GISMAN, Individually and as Conservator of the Property of JUDITH F. GISMAN, Appellant, v ANN C. HAMMER, Defendant, and TOWN OF PERINTON, Respondent. [620 NYS2d 296] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Siragusa, J. (Appeal from Order of Supreme Court, Monroe County, Siragusa, J.—Summary Judgment.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.

■ ALMOR ASSOCIATES et al., Respondents, v TOWN OF SKANEATELES, Appellant. [619 NYS2d 991] —Order unanimously affirmed with costs. Memorandum: The court properly granted plaintiffs leave to amend their complaint. "A party may amend his pleading, or supplement it by setting forth additional or subsequent transactions or occurrences, at any time by leave of court * * * Leave shall be freely given upon such terms as may be just" (CPLR 3025 [b]). Defendant has not shown that it will be prejudiced as a result of the amendment, except perhaps by exposure to greater liability, which is not enough to defeat the amendment (see, Loomis v Civetta Corinno Constr. Corp., 54 NY2d 18, 23). Neither can it be said that the proposed amendment is patently lacking in merit (see, Boccio v Aspin Trucking Corp., 93 AD2d 983). (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Amended Complaint.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.